NUMBERS 13-09-00682-CR


 13-09-00683-CR

 13-09-00684-CR

 13-09-00685-CR

 13-09-00686-CR

 13-09-00687-CR

 13-09-00688-CR

 13-09-00689-CR

 13-09-00690-CR

 13-09-00691-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


 


IN RE: ARNOLD W. SCHUENEMANN

 


On Petitions for Writ of Mandamus

 


MEMORANDUM OPINION


Before Justices Rodriguez, Garza, and Benavides

Memorandum Opinion Per Curiam


 Relator, Arnold W. Schuenemann, filed ten petitions for writ of mandamus in which
he requests that this Court direct respondent, the Honorable George "Bill" Robinson,
presiding judge of the Municipal Court of Yorktown, Texas, to rule on relator's "Motion to
Plea In-Absentia for Misdemeanor Offense" dated April 15, 2009, including relator's
request for the trial court to pronounce punishment in ten different criminal cause numbers,
and for credit for time served in the DeWitt County Jail and Texas Department of Criminal
Justice-Institutional Division.

 This Court, having reviewed and fully considered relator's petitions, is of the opinion
that we lack jurisdiction to issue a writ of mandamus against a municipal court judge. See
Tex. Gov't Code Ann. § 22.221 (Vernon 2004) (noting that a court of appeals may issue
a writ of mandamus only against a judge of a district or county court in the court of appeals
district). Accordingly, relator's petitions for writ of mandamus are DISMISSED FOR WANT
OF JURISDICTION.


 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Delivered and filed the 

30th day of December, 2009.